Joel E. Tasca
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorney for Defendant Rausch Sturm LLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GINA MANSOURI,<br><br>          Plaintiff,<br><br>v.<br><br>RAUSCH STURM, LLP,<br><br>          Defendants. | CASE NO.  2:22-cv-01529-CDS-NJK<br><br>**UNOPPOSED MOTION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(First Request) |

      The response of defendant Rausch Sturm, LLP to plaintiff Gina Mansouri's complaint (ECF No. 1) is due October 6, 2022.  Rausch Sturm has requested, and plaintiff has agreed, that Rausch Sturm have up to and including October 20, 2022, to respond to plaintiff's complaint to provide additional time for Rausch Sturm to investigate plaintiff's allegations and for Rausch Sturm to prepare a response.

      Although Ms. Mansouri's counsel consented to the extension, counsel for Rausch Sturm was unable to reach opposing counsel in time to authorize a stipulation and proposed order, which is why this request is styled, instead, as an unopposed motion.  However, counsel for Rausch Sturm represents that plaintiff's counsel does not intend to oppose this request.  *See* Exhibit A, Email between Counsel.  Rausch Sturm asserts that there is good cause under Fed. R. Civ. P. 6(b)(1) to extend this deadline, given, given that Rausch Sturm was very recently retained

DMFIRM #405138337 v1

and intends to discuss whether an early resolution to this case is possible.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: October 6, 2022

BALLARD SPAHR LLP

By: /s/ Andrew S. Clark
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant*
*Rausch Sturm LLP*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 11, 2022