George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Gina Mansouri*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gina Mansouri, | Case No.: 2:22-cv-01529-CDS-NJK |
| Plaintiff | **Stipulation for dismissal of Rausch Sturm LLP with prejudice** |
| v. | |
| Rausch Sturm LLP, | |
| Defendant | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Gina Mansouri and Rausch Sturm LLP stipulate to dismiss Plaintiff's claims against Rausch Sturm LLP with prejudice.

///
///
///
///
///
///
///

_____

STIPULATION               - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 16, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Gina Mansouri*

**BALLARD SPAHR LLP**

/s/ *Madeleine Coles*
Joel E. Tasca, Esq.
Madeleine Coles, Esq.
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
*Counsels for Rausch Sturm LLP*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITES STATES DISTRICT JUDGE

DATED:  April 18, 2024

STIPULATION                            - 2 -